UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

IN RE:  CHAPTER 13 PROCEEDINGS
TAMMY D BOOKER

CASE NO: 17-21945 JRA

Debtor(s)

## MOTION TO DISMISS

Comes now Paul R. Chael, Trustee herein, and states that the above Chapter 13 case should be dismissed for the following reason:

Debtor(s) has not commenced making plan payments and no showing has been made for any just cause for said default.

Debtor(s) failed to file a plan as provided in 11 U.S.C. 1321 and B.R.3015

Debtor(s) is in material default in the sum of **$_____**  and no showing has been made for any just cause for said default.  Debtor has failed to begin making payments.

Debtor(s) has failed to provide a confirmable plan and/or has caused unreasonable delay resulting in prejudicial treatment to creditors.

Debtor(s) and/or counsel has failed to appear at the scheduled meeting of creditors on the following dates:  pursuant to Sec.341.

X   Debtor(s) noncompliance in providing necessary information needed to complete the 341 Meeting of Creditors and/or has caused unreasonable delay resulting in prejudicial treatment to creditors. Debtor has failed to submit pay stubs or workers comp for self or non-filing spouse for period 6 months prior to filing.

**Wherefore,** Trustee prays that these proceedings be dismissed and that a time be set for Trustee to make final report of his receipts and disbursements in these proceedings.

/s/ Paul R. Chael
Paul R. Chael, Trustee
Indiana Attorney #3881-45

**CERTIFICATE OF SERVICE**

I hereby certify that on October 11, 2017, service of a true and complete copy of the above and foregoing pleading or paper was electronically sent through the court's ECF system to the following parties:

U.S. Trustee
Attorney for Debtor(s): LAW OFFICE OF MOSELEY & MARTINEZ

and upon the following by depositing the same in the United States mail, envelopes properly address to each of them and with sufficient first-class postage affixed.

Debtor: TAMMY D BOOKER, 17473 HOSHAW STREET, LOWELL, IN 46356     ,

/s/Paul R. Chael
Paul R. Chael, Trustee
401 West 84th Drive, Suite C
Merrillville, IN 46410
(219) 650-4015